JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE J. JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER CHARLES JONES, et al.,<br><br>   Defendants. | Case No. 5:21-cv-02034-FLA (PLA)<br><br>**JUDGMENT** |

   Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

   IT IS ADJUDGED that the First Amended Complaint in this matter is dismissed without prejudice for lack of subject matter jurisdiction, and without leave to amend, and the action is dismissed.

Dated: April 1, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1